# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

MEYLIN CASTRO, INDIVIDUALLY,
AND ON BEHALF OF HER MINOR
CHILDREN, MONICA GISSELL
CASTANEDA-CASTRO, DAVID
MEJIA-CASTRO, AND DYLAN
SNEIJDER MEJIA-CASTRO, AND
MEYLIN P. CASTRO

VERSUS

CHURCH MUTUAL INSURANCE
COMPANY, FIRST UNITED
METHODIST CHURCH OF DENHAM
SPRINGS, ABC INSURANCE
COMPANY, SUNBELT RENTALS
SCAFFOLD SERVICES, LLC, XYZ
INSURANCE COMPANY, AND 1
PRIORITY ENVIRONMENTAL
SERVICES, INC.

NO.  2022 CW 0919

**SEPTEMBER 6, 2022**

---

In Re:    Sunbelt Rentals Scaffold Services, LLC and 1 Priority
          Environmental Services, Inc., applying for supervisory
          writs,  19th Judicial District Court,  Parish of East
          Baton Rouge, No. 669445.

---

**BEFORE:    WELCH, PENZATO, AND LANIER, JJ.**

   **WRIT DENIED.**

                              AHP
                              WIL


     **Welch, J.,** concurs and would deny the writ, finding the
criteria set forth in **Herlitz Construction., Inc. v. Hotel
Invesors of New Iberia, Inc.,** 396 So.2d 878 (La. 1981) (per
curiam)are not met.

COURT OF APPEAL, FIRST CIRCUIT

_____
     DEPUTY CLERK OF COURT
       FOR THE COURT